AO 91 (Rev 8/01)   Criminal Complaint

United States Courts
Southern District of Texas
FILED

May 31, 2023

Nathan Ochsner, Clerk of Court

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Leobardo Xavier Sanchez-Alonzo

IAE   YOB: 2000
Mexico

## CRIMINAL COMPLAINT

Case Number: M-23-0999-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __May 30, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Leobardo Xavier Sanchez-Alonzo was encountered by Border Patrol Agents near Abram, Texas, Texas on May 30, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 30, 2023, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 22, 2022, through Hidalgo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA T. Parran
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

__May 31, 2023__ at 6:58 a.m.

/s/ Timothy R. Young
Signature of Complainant

Timothy R. Young          Border Patrol Agent

J. Scott Hacker          , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer